632

417 A.2d 769

Commonwealth v. Shadle, Appellant.
Petition for Allowance of Appeal Denied Oct. 30, 1980.

Submitted September 15, 1978. Martin A. Flayhart, Assistant Public Defender, for appellant; J. Michael Williamson, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

417 A.2d 770

Commonwealth v. Stuckey, Appellant.

Submitted September 15, 1978. O. Howard Mummau, Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.